ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Eileen Williams
12955 Riverside Dr. Unit 308
Via Sherman Oaks, California 91423
818) 905-8783

ATTORNEYS FOR:

TIMOTHY GEITHNER
(U.S. DEPARTMENT of the TREASURY)
1500 PENNSYLVANIA AVENUE
WASHINGTON. D.C. 20220

AFTRA-SAG FEDERAL CREDIT UNION
134 N. KENWOOD STREET
BURBANK, CALIFORNIA 91505 et al;

~~UNITED STATES DISTRICT COURT~~ DISTRICT COURT of the UNITED STATES
CENTRAL DISTRICT OF CALIFORNIA

Eileen Williams
A.K.A. Erika Lewis
Petitioner ~~Plaintiff(s)~~,
v.
TIMOTHY GEITHNER
AFTRA-SAG FEDERAL CREDIT UNION Respondent ~~Defendant(s)~~

CASE NUMBER
CV09 1955 - DDP (VBKx)

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for _Eileen Williams_
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

PARTY                                                    CONNECTION
(List the names of all such parties and identify their connection and interest.)

Eileen Williams
a.k.a. Erika Lewis                                       Petitioner

Timothy Geithner                                         Respondent

AFTRA-SAG Federal Credit Union                           Respondent

March 23, 2009                    _Eileen Williams_
Date                              Sign

Attorney of record for or party appearing in pro per

NOTICE OF INTERESTED PARTIES